FRANCIS ROMEO, Respondent, *v.* EDWARD P. SHOLL, Appellant, Impleaded with Another.

*Romeo* v. *Sholl*, 123 App. Div. 923, affirmed.
(Submitted March 23, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme · Court in the first judicial department, entered January 15, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Franklin Grady* for appellant.

*Robert C. Beatty* and *Jefferson Clark* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

FRANK GROSS, Appellant, *v.* KATHAIRO CHEMICAL COMPANY, Respondent.

Reported below, 127 App. Div. 165.
(Submitted March 29, 1909; decided April 6, 1909.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial, in an action to recover for the alleged wrongful discharge of plaintiff from employment.

The motion was made upon the ground that the order of reversal did not state that such reversal was upon the law only, and that, therefore, it was not reversible by the Court of Appeals.